**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7212**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANTOINE DEWAYNE MYLES, a/k/a Twan,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (5:15-cr-00172-BO-2)

Submitted: November 19, 2020                    Decided: November 24, 2020

Before WILKINSON, KING, and QUATTLEBAUM, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Antoine Dewayne Myles, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antoine Dewayne Myles seeks to appeal the district court's order denying his motion for judgment of acquittal or, alternatively, for a new trial. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, *United States v. Sueiro*, 946 F.3d 637, 639-40 (4th Cir.), *cert. denied*, 140 S. Ct. 2553 (2020). The order Myles seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Myles' motion to appoint counsel and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2